**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6139**

———————

ABDU-SALIM GOULD,

                Plaintiff - Appellant,

     v.

BERTIE COUNTY; BERTIE-MARTIN BOARD OF COMMISSIONERS; BERTIE
COUNTY SHERIFF DEPARTMENT; SOUTHERN HEALTH PARTNERS,

                Defendants - Appellees,

     and

BERTIE MARTIN REGIONAL JAIL,

                Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:14-ct-03066-FL)

———————

Submitted:  May 19, 2015            Decided:  May 22, 2015

———————

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Abdu-Salim Gould, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdu-Salim Gould appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gould v. Bertie Cnty., No. 5:14-ct-03066-FL (E.D.N.C. Jan. 13, 2015). We deny Gould's motion for remission of bail funds. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED